IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PATRICIA ALEXANDER                                                      PLAINTIFF

v.                          NO. 3:05CV00192 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 5th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE